PER CURIAM.
Affirmed. See Baker v. State, 878 So. 2d 1236 (Fla. 2004) ; State v. King, 426 So. 2d 12 (Fla. 1982) ; Grifaldo v. State, No. 2D16-4199, 2017 WL 922356 (Fla. 2d DCA Mar. 8, 2017) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; State v. Broom, 523 So. 2d 639 (Fla. 2d DCA 1988) ; Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011) ; Branch v. State, 990 So. 2d 585 (Fla. 3d DCA 2008) ; Thier v. State, 967 So. 2d 259 (Fla. 3d DCA 2007).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.